

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2014

No. 04-14-00046-CV

**ESTATE OF MARIA F. HERNANDEZ DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013-PC-1030
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Appellants filed a motion asking this court to review the supersedeas bond imposed by the probate court. We ordered appellees to file a response on or before February 13, 2014. On February 5, 2014, appellant filed a motion asking that this court enter an order temporarily staying the enforcement of the judgment pending our decision with regard to the review of the supersedeas bond. We find that such an order is appropriate in this case. Accordingly, we **ORDER** that enforcement of the probate court's judgment in this matter is stayed pending further order of this court. *See* Tex. R. App. Pro. 24.4(c). No action with regard to enforcement of the judgment may be taken until further order of this court lifting this temporary stay.

We further **order** the clerk of this court to serve copies of this order on all pro se parties, all counsel, and the probate court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court